Filing # 170125080 E-Filed 03/31/2023 04:07:43 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA

PROMENADES PROPERTIES LLC,

                CASE NO:

  Plaintiff,

vs.

OCCIDENTAL FIRE AND CASUALTY
COMPANY OF NORTH CAROLINA,

  Defendant.
_____/

## COMPLAINT

Promenades Properties LLC ("Plaintiff"), sues Defendant, Occidental Fire and Casualty Company of North Carolina (the "Insurance Company"), and alleges:

1. This is an action for damages in excess of $50,000, exclusive of attorneys' fees, costs, and prejudgment interest.

2. At all material times, Plaintiff is a Florida limited liability company authorized to conduct business, and conducting business Charlotte County, Florida.

3. The Insurance Company is a Foreign Corporation authorized to issue insurance policies in Florida and has, at all times material hereto, conducted business in Charlotte County, Florida

4. At all material times, Plaintiff entered into an insurance contract with the Insurance Company bearing policy number COP100008500 (the "Policy"), which provided property insurance for Plaintiff's commercial property located at 3222 Tamiami Trail Port Charlotte, FL 33952 (the "Property"). A copy of the Policy is attached as Exhibit A.

5. The Policy provided insurance coverage for the Property at all relevant times.

6. On or about September 28, 2022, the Property suffered substantial damage as a

result of Hurricane Ian.

7. The Policy provided coverage for all of the losses, damages, and expenses that Plaintiff suffered and incurred.

8. In accordance with the terms and conditions of the Policy, Plaintiff properly and timely notified the Insurance Company of its claim.

9. The Insurance Company acknowledged Plaintiff's claim and assigned it claim number CP2209039965 (the "Claim").

10. To date, the Insurance Company has failed and continues to refuse to provide Plaintiff with its coverage determination or compensate Plaintiff for the damage to its Property, including reimbursement for costs incurred to mitigate its damages and repair the wind damage to its Property.

11. Plaintiff has complied with all terms and conditions of the Policy, and all conditions precedent to the bringing of this action have been performed, waived, or excused.

12. Plaintiff hired undersigned counsel to represent it in this action and are obligated to pay its attorneys a reasonable fee for their services.

13. Pursuant to section 626.9373 and 627.70152, Florida Statutes, Plaintiff is entitled to recover the legal fees incurred in bringing this action.

## COUNT I - BREACH OF CONTRACT

14. Plaintiff adopts and realleges paragraphs 1 – 13 above.

15. By failing to properly, timely, and fully compensate Plaintiff for its Claim, failing to determine the proper scope and amount of Plaintiff's loss, and failing to honor its obligations to provide Plaintiff with a coverage determination, the Insurance Company has breached the Policy.

16. As a result of the Insurance Company's breach of the Policy, Plaintiff has suffered damages, exclusive of costs and attorneys' fees, within the jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands entry of a judgment in its favor and against the Insurance Company for damages within the jurisdictional limits of this Court, together with pre-and post-judgment interest, statutory interest, attorneys' fees, costs, and such other relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable as a matter of right.

Dated this 31st day of March, 2023.

Respectfully submitted,

**Chavin Mitchell Shmuely**
*Attorneys for Plaintiff*
12955 Biscayne Blvd., Suite 201
North Miami, FL 33181
Telephone: (866) 345-2033
Facsimile: (305) 631-2886
E-Service: propertyservice@cmslawgroup.com

By: /s/ Valorie S. Chavin
Valorie S. Chavin
Florida Bar No. 14226
E-mail: vchavin@cmslawgroup.com
James E. Mitchell
Florida Bar No. 30893
E-mail: jmitchell@cmslawgroup.com